[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 25, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-15150
Non-Argument Calendar

_____

D. C. Docket No. 05-20117-CR-PCH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME HIGINIO BUCKLAND-GIROD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 25, 2007)**

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Joel DeFabio, appointed counsel for Jaime Higinio Buckland-Girod, has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct. Because independent examination of the

entire record reveals no issues of arguable merit, counsel's motion to withdraw is

**GRANTED** and Buckland-Girod's convictions and sentences are **AFFIRMED**.